1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant LARON JOHNSON

6

7                       UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                                OAKLAND DIVISION

10 UNITED STATES OF AMERICA,       )    No. CR 09-612 SBA
                                   )
11         Plaintiff,               )    STIPULATED REQUEST TO CONTINUE
                                   )    HEARING DATE TO SEPTEMBER 8,
12    v.                            )    2009 AND TO EXCLUDE TIME UNDER
                                   )    THE SPEEDY TRIAL ACT AND ORDER
13                                 )
   LARON JOHNSON,                   )
14                                 )    Hearing Date: July 28, 2009
           Defendant.               )    Time:         9:00 a.m.
15                                 )
   _____)
16

17        The above-captioned matter is set on July 28, 2009 before this Court for a status hearing.

18 The parties jointly request that this Court continue the matter to September 8, 2009 at 9:00 a.m.

19 and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

20 (B)(iv), between the date of this stipulation and September 8, 2009.

21        Mr. Johnson is charged in a three-count indictment. Count 1 charges him with

22 possession of crack cocaine with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and

23 (b)(1)(B)(iii). Count 2 charges him with carrying/using a firearm in connection with a drug

24 trafficking crime in violation of 18 U.S.C. § 924(c). Count 3 charges him with being a felon in

25 possession of a firearm in violation of 18 U.S.C. § 922(g). The defense is in the process of

26 investigating these charges, arranging for a view of the evidence, and obtaining relevant records.

1

2   The requested continuance will allow the defense to investigate this case and to obtain
3   and review necessary records.  The failure to grant such a continuance would unreasonably deny
4   counsel for the defendant the reasonable time necessary for effective preparation, taking into
5   account the exercise of due diligence.

6   The parties further stipulate and agree that the time from the date of this Stipulation to
7   July 8, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18
8   U.S.C. §§ 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action
9   which outweigh the best interest of the public and the defendant in a speedy trial and also under
10  subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due
11  diligence.

12

13  DATED:                                   /S/
                                        JAMES MANN
14                                      Assistant United States Attorney

15
    DATED: July 16, 2009                    /S/
16                                      COLLEEN MARTIN
                                        Assistant Federal Public Defender
17

18                              SIGNATURE ATTESTATION

19  I hereby attest that I have on file all holograph signatures for any signatures indicated
20  by a "conformed" signature (/S/) within this efiled document.

21

22                                      **ORDER**

23  Based on the reasons provided in the stipulation of the parties above, the Court hereby
24  FINDS:

25  1.   The ends of justice served by the granting of the continuance from July 28, 2009
26  until September 8, 2009, outweigh the best interests of the public and the defendant in a speedy

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. 09-612  SBA                    2

1  and public trial because the investigation of the offenses charged and collection and review of

2  records are necessary to the defense preparation of the case.

3      2.    Given counsel's need to investigate the charges and to obtain additional records,

4  the failure to grant the requested continuance would unreasonably deny the defendant's counsel

5  the reasonable time necessary for effective preparation, taking into account due diligence.

6      Based on these findings, IT IS HEREBY ORDERED that time is excluded under the

7  Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) from the date of this Stipulation to

8  September 8, 2009.

9      IT IS FURTHER ORDERED that the STATUS date of July 28, 2009, scheduled at 9:00

10  a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for September 8,

11  2009, at 9:00 a.m.

12      SO ORDERED.

13

14  DATED:_7/17/09                                                /s/ Saundra B Armstrong
                                                              HON. SAUNDRA BROWN ARMSTRONG

15                                                               United States District Judge

16

17

18

19

20

21

22

23

24

25

26