STEVEN G. KALAR
Federal Public Defender
HANNI M. FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Attorneys for Laron Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARON JOHNSON<br><br>Defendant. | **Case Nos.:** CR 18-602-JST<br>CR 09-612-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Court:** Courtroom 2, 4th Floor<br>**Hearing Date:** January 25, 2019<br>**Hearing Time:** 9:30 a.m. |

Mr. Johnson currently has two cases before this Court: a new criminal indictment in case 18-602, filed on December 13, 2018, and a pending Form 12 petition alleging violations of Mr. Johnson's supervised release in case 09-612. The new indictment (18-602) is set for a status hearing before this Court on January 25, 2019. The supervised release violation case (09-612) is set for a status hearing on January 31, 2019, before the Honorable Kandis A. Westmore. The parties are discussing a potential joint resolution to both the new indictment and the supervised release violation, and need additional time to finalize the terms of a plea agreement. Thus the parties request this Court continue the status hearing in the new indictment (18-602) set for January 25, 2019 to February 15, 2019 at 9:30 a.m. The parties also request this Court vacate the January 31, 2019 status hearing on

Judge Westmore's calendar in the violation case (09-612) and set a status hearing on the violation before this Court on February 15, 2019.

The parties also request this Court exclude time under the Speedy Trial Act, between January 25, 2019 and February 15, 2019, to allow for the effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence, as defense counsel continued to investigate the case, review the evidence with his client and consult with his client and negotiate the terms of a plea agreement with the government. If the parties reach a plea agreement, time can also be excluded under 18 U.S.C. § 3161(h)(1)(G) as the Court considers the proposed plea agreement.

Finally, if the parties reach the terms of a plea agreement with enough time to provide a copy of the plea agreement for the Court's review, they will file a stipulation seeking to convert the February 15, 2019 status conference into a change of plea hearing.

IT IS SO STIPULATED.

Dated: January 24, 2019

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S
THOMAS R. GREEN
Assistant United States Attorney

Dated: January 24, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
HANNI M. FAKHOURY
Assistant Federal Public Defender

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence and the parties need additional time to finalize a potential resolution of the case;

2. These tasks are necessary for the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, **IT IS HEREBY ORDERED**

1. The status hearing set for January 25, 2019 at 9:30 a.m. in 18-602-JST before this Court be vacated and reset for February 15, 2019 at 9:30 a.m. in the Oakland courthouse;

2. The status hearing set for January 31, 2019 at 9:30 a.m. in 09-612-JST before the Honorable Kandis A. Westmore be vacated and reset for February 15, 2019 at 9:30 a.m. before this Court in the Oakland courthouse; and

3. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from January 25, 2019 through February 15, 2019.

IT IS SO ORDERED.

DATED: January 24, 2019

_____
HONORABLE JON S. TIGAR
United States District Judge